**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: KUPITZ, PEGGY BOND § Case No. 17-81026
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $111,284.00        Assets Exempt: $6,537.50
*(without deducting any secured claims)*

Total Distribution to Claimants: $480.82        Claims Discharged
                                                Without Payment: $45,345.85

Total Expenses of Administration: $4,359.18

3) Total gross receipts of $ 4,840.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $4,840.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $217,750.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,359.18 | 4,359.18 | 4,359.18 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 44,392.00 | 19,785.67 | 19,785.67 | 480.82 |
| **TOTAL DISBURSEMENTS** | $262,142.00 | $24,144.85 | $24,144.85 | $4,840.00 |

4) This case was originally filed under Chapter 7 on April 29, 2017. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/12/2018         By: /s/JAMES E. STEVENS
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 14k gold diamond ring 1/2 ct center stone | 1129-000 | 500.00 |
| 14k gold rope chain w/ 3.40 ct round diamond | 1129-000 | 4,340.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,840.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wellso Fargo Home Mortgage | 4110-000 | 217,750.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$217,750.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAMES E. STEVENS | 2100-000 | N/A | 1,210.00 | 1,210.00 | 1,210.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Barrick, Switzer, Long, Balsley & | 3120-000 | N/A | 165.00 | 165.00 | 165.00 |
| Other - Barrick, Switzer, Long, Balsley & Van Evera | 3210-000 | N/A | 2,892.50 | 2,892.50 | 2,892.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 1.68 | 1.68 | 1.68 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,359.18 | $4,359.18 | $4,359.18 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 18,351.00 | 18,351.83 | 18,351.83 | 445.97 |
| 2 | Capital One, N.A. | 7100-000 | 0.00 | 1,240.92 | 1,240.92 | 30.16 |
| 3 | U.S. Bankruptcy Court - Quantum3 Group LLC as agent | 7100-001 | N/A | 192.92 | 192.92 | 4.69 |
| NOTFILED | First Usa Bank N A | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kohls/Capital One | 7100-000 | 1,287.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Syncb/Lord & Taylor | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Community America Cr | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Synchrony Bank/Sams Club | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Target | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Synchrony Bank/Lord & Taylor | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card | 7100-000 | 15,099.00 | N/A | N/A | 0.00 |
| NOTFILED | Am ex | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 9,487.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Bank/Carsons | 7100-000 | 168.00 | N/A | N/A | 0.00 |
| NOTFILED | Comenity Capital/jjill | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$44,392.00** | **$19,785.67** | **$19,785.67** | **$480.82** |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-81026  
**Case Name:** KUPITZ, PEGGY BOND  

**Period Ending:** 12/12/18

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 04/29/17 (f)  
**§341(a) Meeting Date:** 06/08/17  
**Claims Bar Date:** 09/14/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   4215 White Ash Road, Crystal Lake, IL | 99,103.50 | 0.00 | | 0.00 | FA |
| 2   Cash | 50.00 | 0.00 | | 0.00 | FA |
| 3   Checking: American Community Bank | 500.00 | 0.00 | | 0.00 | FA |
| 4   Household Goods | 2,500.00 | 0.00 | | 0.00 | FA |
| 5   Television: Samsung, Sanyo | 175.00 | 0.00 | | 0.00 | FA |
| 6   Cellphone | 50.00 | 0.00 | | 0.00 | FA |
| 7   4 Walkers | 100.00 | 0.00 | | 0.00 | FA |
| 8   Collectibles: Lladros | 5,133.00 | 0.00 | | 0.00 | FA |
| 9   Collectibles: 6 Holbien Prints | 450.00 | 0.00 | | 0.00 | FA |
| 10   1 Oil Painting by unknown artist | Unknown | 0.00 | | 0.00 | FA |
| 11   Clothes | 300.00 | 0.00 | | 0.00 | FA |
| 12   46" Oblong Freshwater Pearl Necklace | 50.00 | 0.00 | | 0.00 | FA |
| 13   14k gold diamond ring 1/2 ct center stone   See Order to Sell Assets entered November 29, 2017 | 1,155.00 | 1,155.00 | | 500.00 | FA |
| 14   14k gold ladies necklace 38.1 grams | 535.00 | 0.00 | | 0.00 | FA |
| 15   24" 6.5 mm Pearl Necklace with white metal clasp | 200.00 | 0.00 | | 0.00 | FA |
| 16   14k gold rope chain w/ 3.40 ct round diamond   See Orders to Sell Assets entered November 29, 2017 and April 11, 2018. | 7,000.00 | 7,000.00 | | 4,340.00 | FA |
| 17   200 Shares of Harp and Eagle   See Order Abandoning Property entered August 22, 2018. | Unknown | Unknown | OA | 0.00 | FA |
| 18   2005 Chevrolet Equinox | 2,137.50 | 0.00 | | 0.00 | FA |
| 19   12 year old cat | 0.00 | 0.00 | | 0.00 | FA |
| 19   Assets   Totals (Excluding unknown values) | **$119,439.00** | **$8,155.00** | | **$4,840.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-81026  
**Case Name:** KUPITZ, PEGGY BOND  

**Period Ending:** 12/12/18

**Trustee:** (330420)   JAMES E. STEVENS  
**Filed (f) or Converted (c):** 04/29/17 (f)  
**§341(a) Meeting Date:** 06/08/17  
**Claims Bar Date:** 09/14/17

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2017    **Current Projected Date Of Final Report (TFR):**   August 24, 2018  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 17-81026 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | KUPITZ, PEGGY BOND | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9266 - Checking Account |
| Taxpayer ID #: | **-***7118 | | Blanket Bond: | $2,827,000.00 (per case limit) |
| Period Ending: | 12/12/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/06/17 | | Mitchell Busch | purchase of chain and diamond | | 740.00 | | 740.00 |
| | {13} | | Sale of Ring to Busch Jewelers  500.00 | 1129-000 | | | 740.00 |
| | {16} | | Sale of Rope Chain to Busch Jewelers  240.00 | 1129-000 | | | 740.00 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 730.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 720.00 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 710.00 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 700.00 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 690.00 |
| 04/24/18 | {16} | Clodius & Co. | proceeds from sale of diamond | 1129-000 | 4,100.00 | | 4,790.00 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,780.00 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,770.00 |
| 06/05/18 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2018 FOR CASE #17-81026, BOND #016018067 | 2300-000 | | 1.68 | 4,768.32 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,758.32 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,748.32 |
| 10/24/18 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,210.00, Trustee Compensation; Reference: | 2100-000 | | 1,210.00 | 3,538.32 |
| 10/24/18 | 103 | Discover Bank | Dividend paid 2.43% on $18,351.83; Claim# 1; Filed: $18,351.83; Reference: | 7100-000 | | 445.97 | 3,092.35 |
| 10/24/18 | 104 | Capital One, N.A. | Dividend paid 2.43% on $1,240.92; Claim# 2; Filed: $1,240.92; Reference: | 7100-000 | | 30.16 | 3,062.19 |
| 10/24/18 | 105 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-001 | | 4.69 | 3,057.50 |
| 10/24/18 | 106 | Barrick, Switzer, Long, Balsley & Van Evera | Combined Check for Claims#et_al. | | | 3,057.50 | 0.00 |
| | | | Dividend paid 100.00% on $165.00; Claim# ; Filed: $165.00  165.00 | 3120-000 | | | 0.00 |
| | | | Dividend paid 100.00% on $2,892.50; Claim# ; Filed: $2,892.50  2,892.50 | 3210-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 4,840.00 | 4,840.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 4,840.00 | 4,840.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $4,840.00 | $4,840.00 | |

{} Asset reference(s)

Printed: 12/12/2018 01:39 PM    V.14.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| **Case Number:** 17-81026 | **Trustee:** JAMES E. STEVENS (330420) |
| **Case Name:** KUPITZ, PEGGY BOND | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******9266 - Checking Account |
| **Taxpayer ID #:** **-***7118 | **Blanket Bond:** $2,827,000.00 (per case limit) |
| **Period Ending:** 12/12/18 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******9266** | 4,840.00 | 4,840.00 | 0.00 |
| | $4,840.00 | $4,840.00 | $0.00 |

{} Asset reference(s)                                    Printed: 12/12/2018 01:39 PM    V.14.14